THE STATE, EX REL. NORFOLK & WESTERN RAILWAY COMPANY, APPELLANT, *v.* COURT OF COMMON PLEAS OF CUYAHOGA COUNTY ET AL., APPELLEES.

[Cite as State, ex rel. Norfolk & Western Ry. Co., *v.* Court of Common Pleas of Cuyahoga Cty. (1988), 35 Ohio St. 3d 151.]

(No. 87-589—Decided February 10, 1988.)

*Curtiss L. Isler, Dale F. Kainski* and *Henry D. Light,* for appellant.

*John T. Corrigan,* prosecuting attorney, *Patrick J. Murphy* and *Colleen C. Cooney,* for appellees.

*Per Curiam.* Mandamus will not lie to compel a trial judge to invoke the doctrine of *forum non conveniens* since this rule involves the exercise of a trial judge's sound discretion. Accordingly, the judgment of the court of appeals is affirmed. We observe, however, that in dismissing the defendant railway company's request for the application of the doctrine, the trial court noted that

Ohio has never adopted the rule. But, see, *Chambers* v. *Merrell-Dow Pharmaceuticals, Inc.* (1988), 35 Ohio St. 3d 123, 519 N.E. 2d 370.

*Judgment affirmed.*

MOYER, C.J., LOCHER, HOLMES, WRIGHT and H. BROWN, JJ., concur.

SWEENEY and DOUGLAS, JJ., concur in judgment only.